| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-18766 / MBK**

Alexis De Jesus

Petition Filed Date: 11/03/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $558.56 | 89264230 | 02/07/2023 | $631.98 | 89848450 | 03/13/2023 | $631.98 | 90527150 |
| 04/10/2023 | $709.00 | 90991470 | 05/01/2023 | $709.00 | 91406650 | 06/09/2023 | $709.00 | 92131430 |
| 07/10/2023 | $709.00 | 92670680 | 08/23/2023 | $709.00 | 93413550 | 09/20/2023 | $709.00 | 93877430 |
| 10/27/2023 | $709.00 | 94500820 | 11/13/2023 | $709.00 | 94812250 | 12/26/2023 | $709.00 | 95482440 |
| 01/24/2024 | $709.00 | 95966990 | | | | | | |

**Total Receipts for the Period:  $8,912.52    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,471.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alexis De Jesus | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,200.00 | $2,200.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $453.34 | $0.00 | $453.34 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  2019 DODGE TR RAM/SANTANDER | Debt Secured by Vehicle | $21,506.59 | $2,052.02 | $19,454.57 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $643.04 | $0.00 | $643.04 |
| 4 | PRO CAP 8 FBO FIRSTRUST BANK<br>»»  21 LONDON DR/TAX SALE CERT #20-0015/IN FULL/US BANK | Secured Creditors<br>No Disbursements: Withdrawn | $390.01 | $390.01 | $0.00 |
| 5 | Nationstar Mortgage LLC<br>»»  P/21 LONDON DR/1ST MTG/ORDER 1/18/23 | Mortgage Arrears | $6,993.06 | $667.25 | $6,325.81 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,048.41 | $0.00 | $1,048.41 |
| 7 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 8 | NJ DIVISION OF TAXATION<br>»»  2022 | Priority Creditors | $941.59 | $0.00 | $941.59 |
| 9 | Nationstar Mortgage LLC<br>»»  21 LONDON DRIVE/PP ARREARS 4/13/23 | Mortgage Arrears | $9,541.16 | $910.36 | $8,630.80 |
| 10 | Nationstar Mortgage LLC<br>»»  21 LONDON DRIVE/ATTY FEES 4/13/23 | Mortgage Arrears | $1,238.00 | $1,238.00 | $0.00 |

**Chapter 13 Case No. 22-18766 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,471.08 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $7,457.64 | Current Monthly Payment: | $709.00 |
| Paid to Trustee: | $713.14 | Arrearages: | $0.00 |
| Funds on Hand: | $1,300.30 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

