Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−18766−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis De Jesus
   21 London Drive
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−8540

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/24/24 at 09:00 AM

to consider and act upon the following:

**70** − Creditor's Certification of Default (related document:38 Consent Order) filed by Elizabeth L. Wassall on behalf of Nationstar Mortgage LLC. Objection deadline is 03/27/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification of Default # 4 Certification Regarding Payment History # 5 Exhibit A− Filed Consent Order) (Wassall, Elizabeth)

Dated: 3/28/24

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court