| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 16-017532<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC | |
| In Re:<br><br>ALEXIS DE JESUS,<br>                                    DEBTOR | Case No.: 22-18766-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: <u>Creditor's Certification of Default</u>     ECF Doc.: <u>70</u>

Date:   <u>4-18-2024</u>                          /s/Elizabeth L. Wassall
                                                           Signature

*rev.8/1/15*