UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CXE 16-017532
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq.  023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

**Order Filed on September 11, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.: 22-18766-MBK |
|---|---|
| ALEXIS DE JESUS,<br>            DEBTOR | Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

**Recommended Local Form**        ☐ **Followed**    ☒ **Modified**

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: September 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of LOGS Legal Group LLP, Attorneys for Nationstar Mortgage LLC under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the motion is granted, and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒Real property more fully described as:
**Lot 11 Block 1502**
**Commonly known as 21 Landon Drive, Bordentown, New Jersey 08505.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property as sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor Nydia Ramos, to permit the movant to pursue its rights in the real property described above.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-18766-MBK

Alexis De Jesus                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2
Date Rcvd: Sep 11, 2024                   Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

**Recip ID              Recipient Name and Address**
db                   +  Alexis De Jesus, 21 London Drive, Bordentown, NJ 08505-1404

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Alexis De Jesus njpalaw@gmail.com  r56958@notify.bestcase.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com  ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8  LLC by its Custodian US Bank shannonb@procapllc.onmicrosoft.com |

District/off: 0312-3                          User: admin                                      Page 2 of 2
Date Rcvd: Sep 11, 2024                      Form ID: pdf903                              Total Noticed: 1

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7