Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18766−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis De Jesus
   21 London Drive
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−8540

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-18766-MBK
Alexis De Jesus                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Oct 23, 2024      Form ID: 148      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis De Jesus, 21 London Drive, Bordentown, NJ 08505-1404 |
| cr | + | Pro Cap 8, LLC by its Custodian US Bank, Pro Capital Management II LLC, 2500 McClellan Blvd, Suite 200, Pennsauken, NJ 08109, UNITED STATES 08109-4613 |
| 519754119 | + | Bordentown Sewerage Authority, PO Box 396, 954 Farsworth Ave., Bordentown, NJ 08505-2142 |
| 519754121 | + | City of Bordentown, 101 E Park Street, P.O. Box 395, Bordentown, NJ 08505-0395 |
| 519754124 | + | Eastern Autoparts Warehouse, PO Box 412291, Boston, MA 02241-2291 |
| 519754127 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 520132773 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520132774 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109, Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Ave., Suite 200 Pennsauken, NJ 08109-4613 |
| 519754136 | + | Snap-On Equipment Inc., 950 Technology Way, Suite 301, Libertyville, IL 60048-5339 |
| 519804867 | + | US Bank Cust for Pro Cap 8/Pro Cap Mgmt II, 2500 McClellan Avenue, Suite 200, Pennsauken, New Jersey 08109-4613 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Oct 23 2024 20:33:01 | LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mt Laurel, NJ 08054-2242 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 23 2024 20:36:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| lm | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 23 2024 20:36:00 | Nationstar Mortgage, LLC, Attn: CEO/Agent, P.O. Box 619096, Dallas, TX 75261 |
| 519754113 | + | Email/Text: EBNProcessing@afni.com | Oct 23 2024 20:37:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519754114 | + | EDI: GMACFS.COM | Oct 24 2024 00:27:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519754115 | + | Email/PDF: bncnotices@becket-lee.com | Oct 23 2024 20:57:11 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 519754116 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2024 00:35:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519754117 | + | EDI: BANKAMER | | |

Case 22-18766-MBK    Doc 86    Filed 10/25/24    Entered 10/26/24 00:17:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: 148 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 24 2024 00:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519759154 | | EDI: BANKAMER | Oct 24 2024 00:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519754118 | + | EDI: TSYS2 | Oct 24 2024 00:27:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519754120 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 23 2024 20:36:01 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519754122 | + | EDI: CCS.COM | Oct 24 2024 00:27:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519754123 | + | EDI: DISCOVER | Oct 24 2024 00:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519754125 | + | EDI: BLUESTEM | Oct 24 2024 00:27:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519754126 | + | EDI: AMINFOFP.COM | Oct 24 2024 00:27:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519754128 | + | EDI: PHINGENESIS | Oct 24 2024 00:27:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520003522 | | EDI: JEFFERSONCAP.COM | Oct 24 2024 00:27:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520003523 | | EDI: JEFFERSONCAP.COM | Oct 24 2024 00:27:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519754131 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 23 2024 20:44:07 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519754132 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 23 2024 20:36:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519754134 | ^ | MEBN | Oct 23 2024 20:32:59 | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 519754133 | ^ | MEBN | Oct 23 2024 20:36:24 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 519808546 | + | EDI: JEFFERSONCAP.COM | Oct 24 2024 00:27:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519754137 | | Email/Text: bankruptcy@springoakscapital.com | Oct 23 2024 20:36:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519754138 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 23 2024 20:36:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 519754135 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 23 2024 20:37:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519787393 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 23 2024 20:37:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519754139 | + | EDI: USBANKARS.COM | Oct 24 2024 00:27:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 519800872 | + | EDI: AIS.COM | Oct 24 2024 00:27:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: 148 | Total Noticed: 41 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519754129 | | Hamilton Horizons Fcu |
| 519805175 | | Nationstar Mortgage LLC |
| aty | *+ | Logs Legal Group, 14000 Commerce Parkway, Suite B, Mt Laurel, NJ 08054-2242 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519754130 | ##+ | Max Finkelstein Inc, 28-40 31st Street, Astoria, NY 11102-2131 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Alexis De Jesus njpalaw@gmail.com r56958@notify.bestcase.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 LLC by its Custodian US Bank shannonb@procapllc.onmicrosoft.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8